No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CHARLES A. BERNAM and WILLIAM TYSON, Copartners, Doing Business under the Firm Name and Style of BERNAM & TYSON, and MYER EFROS and ADOLPH M. WEISS, Doing Business under the Firm Name and Style of WHITE REALTY COMPANY, Respondents, v. HARRY E. HECHT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

NATHAN BRESS, Respondent, v. JOSEPH STORCH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

ISAAC L. BROWN, Respondent, v. LONG BEACH LUMBER CO., INC., Appellant. (Appeal No. 1.) — Order striking out amended answer of defendant Long Beach Lumber Co., Inc., and denying motion for a jury trial upon its counterclaim affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

ISAAC L. BROWN, Respondent, v. LONG BEACH LUMBER CO., INC., Appellant. HOBAN-HUNTER-FEITNER COMPANY and Others, Defendants. CHARLES R. MACAULAY, as Chairman, and CHARLES R. MACAULAY and Others, as the Creditors' Committee, etc., Plaintiffs, v. LOUIS McCARTY, Individually and as Trustee, and Others, Defendants. (Appeal No. 2.) — Judgment unanimously affirmed, with costs. The record shows that the claim alleged in the counterclaim was assigned to the so-called creditors' committee. Even if owned by the appellant, the claim does not appear to be one on contract, but were it otherwise a jury trial of the issue arising on the counterclaim could not be demanded as of right. (Manhattan Life Ins. Co. v. Hammerstein Opera Co., 184 App. Div. 440 ) Present — Young, Kapper, Hagarty, Scudder and Tompkins, JJ.

ISAAC L. BROWN, Respondent, v. LONG BEACH LUMBER CO., INC., Appellant. (Appeal No. 3.) — Order denying motion for a jury trial upon defendant's counterclaim affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MILDRED YADOW, Respondent, v. JACK DAVIS, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

HAROLD W. DAVIE, Respondent, v. MARIE D. KLING, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky. P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

FRONTENAC HOTEL COMPANY, INC., Respondent, v. MAX SCHWARZ and Others, Defendants, and HARRY PECK, Appellant.— Order denying motion of defendant Harry Peck to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within twenty days from service of a copy of the order herein upon payment of such costs. (Matter of Atlas, 217 App. Div. 38, 41.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

PATRICIA P. HUBBARD and Others, Suing for Themselves as Stockholders and All Other Stockholders of the KENSINGTON BANK in Like Situation Who Shall